IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

GREGORY B. MYERS

    Plaintiff,

v.

3073 HORSESHOE DRIVE, LLC,

    Defendant.
_____/

Case No.: 2-23-cv-00095-JLB NPM

## COMPLAINT

Plaintiff, GREGORY B. MYERS ("Myers" or "Plaintiff") sues Defendant, 3073 HORSESHOE DRIVE, LLC ("Horseshoe" or "Defendant"), and alleges:

### PARTIES

1. Plaintiff Myers is a citizen of the state of Florida.

2. Defendant Horseshoe is upon information and belief a Florida Limited Liability Company.

### JURISDICTION AND VENUE

3. The court has jurisdiction to hear this case pursuant to 28 U.S.C. §§ 1331 and 1343 for the federal claims and 28 U.S.C. § 1367(a) for the supplemental state law claims.

4. Venue is the proper in this district pursuant to 28 U.S.C. § 139l(b).

### COUNT I
### 11 U.S.C. § 362(k)

5. On January 28, 2021, Myers filed a petition under chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Case No. 2:21-bk-00123 (the "Florida Bankruptcy Case").

1

6. On March 18, 2022, Myers filed a Notice of Lis Pendens in the Collier County Records (the "Lis Pendens").

7. On July 28, 2022, Defendant Horseshoe filed a memorandum in Collier County Circuit Court, Case No. 22-CA-0453, moving the state court to order Myers to post a bond in connection with the Lis Pendens (the "Bond Claim").

8. On August 17, 2022, the circuit court entered an Order requiring Myers to post a bond (the "Bond Order"), which states:

> 2. The Plaintiff, Gregory B. Myers, is required to post a Lis Pendens Bond in favor of Defendant, 3073 Horseshoe Drive LLC, in the amount of **$150,000.00** as a condition for the Lis Pendens to remain in place and shall file proof of compliance in this case within ten (10) days from the date of this Order, or no later than August 27, 2022.

(Emphasis original).

9. Horseshoe's Bond Claim constitutes an act in violation of the automatic stay under 11 U.S.C. § 362(a).

10. Section 362(k) of the Bankruptcy Code provides, in relevant part, that "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

11. Plaintiff has been injured by Horseshoe's willful violation of the automatic stay.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant, awarding Plaintiff compensatory and punitive damages, attorneys' fees, costs and expenses of this action, and such other and further relief as is proper.

## COUNT II
### Breach of Contract

12. The acts complained of herein relate to a "Commercial Contract" (the "Contract") for the purchase and sale of property at street address 3073 S Horseshoe Drive, Naples, FL 34104 and legally described as "Parcel # 07040000500" and "East Naples Industrial Pk Lots 3 and 4, and Collier Park of Commerce Retail Center Center Tracts 4, 5, 6, and 7" (collectively, the "Property").

13. Plaintiff, as assignee of 1712 Property LLC, is the "Buyer" under the Contract.

14. Defendant is the "Seller" under the Contract.

15. Pursuant to the terms of the Contract, 1712 Property LLC deposited $10,000.00 with Naples Title, Inc., which deposit remains in escrow with the escrow agent, Tim Toole, Naples Title, Inc.

16. Plaintiff has performed all conditions precedent to bringing this action, or any such conditions precedent have been met, satisfied, or waived.

17. Defendant has breached the Contract.

18. As a result of Defendant's breach of the Contract, Plaintiff has lost the benefit of the Contract and has incurred damages. Real estate is a unique asset and Plaintiff has no adequate remedy at law since Plaintiff cannot be made whole by money damages alone.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant, awarding Plaintiff specific performance of the Contract, plus interest, attorneys' fees, costs, and such other and further relief as is proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all claims and issues so triable.

Respectfully Submitted,

/s/ Gregory B. Myers
Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*